**No. 55710.**—Gimbel Bros. *v.* United States, protest 478477–G (Pittsburgh).

Opinion by RAO, J. The protest was dismissed.

**No. 55711.**—Fung Chong & Co. *v.* United States, protests 30038–K and 89507–K (San Francisco).

Opinion by RAO, J. The protests were dismissed.

**No. 55712.**—Mendez & Co., Inc. *v.* United States, protest 128169–K (San Juan).

Opinion by RAO, J. The protest was dismissed.

**No. 55713.**—Florida Fishermens Supply Company *v.* United States, protests 156374–K, etc. (Tampa).

Opinion by RAO, J. The protests were dismissed.

**No. 55714.**—W. J. Byrnes & Co. and Lilienthal Lee & Co. *v.* United States, protests 163406–K and 69626–K (San Francisco).

Opinion by RAO, J. The protests were dismissed.